**2 DEFENDANTS**

# MINUTE ORDER

Page 8

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4          Date: 10/10/25     Time: 2:00 p.m.

Defendant:  2) Hals Blanc                J#: _____   Case #: 25-CR-20442-BLOOM/ELFENBEIN(SEALED) unsealed

AUSA: Ignacio Vazquez          Attorney: Larry McMillan (Temp)

Violation: Bank and Wire Fraud Consp. Money Laundering Consp.     Surr/Arrest Date: 10/10/25     YOB: 1968
Racketeering Promotion. Bank Bribary. Bank Fraud.

Proceeding:  Initial Appearance                    CJA Appt: _____

(Bond)/PTD Held: ☐ Yes  ☑ No     Recommended Bond: _____

Bond Set at: $100K PSB / $20K (10%) w/nebbia   Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs          Language: English

☑ Report to PTS as (directed)/or _____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☑ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses, except through counsel  All Codefendants Including Nadine Chery.

☐ No firearms

☐ Not to encumber property

☑ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
- Deft advised of rights & Charges
- Ore Tenus motion to unseal = Granted (paperless order)
- Counsel filed Temp Notice of appearance
- Parties agreed to Bond
- Deft released
- Deft has 5 days to post Bond due 10/15.
- Counsel has 2 weeks until 10/24 to file notice of appearance.
- Deft released. Brady NOT given

Time from today to (10/24) excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/(Arraign)or Removal: | 10/24/25 | 10am | Duty Magistrate Judge | |
| Status Conference RE: | | | | |

D.A.R. 14:30:11, 15:26:32                Time in Court: 11 minutes

s/Ellen F. D'Angelo                        Magistrate Judge